UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| T.J. MANAGEMENT OF MINNEAPOLIS, INC., | Civil No. 08-0512 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| CITY OF MINNEAPOLIS, | |
| Defendant. | |

_____

Scott Harris, **LEONARD, STREET AND DEINARD, PA,** 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402, for plaintiff.

Franklin Reed, James Moore, and Lee Wolf, **OFFICE OF THE MINNEAPOLIS CITY ATTORNEY**, 333 South Seventh Street, Suite 300, Minneapolis, MN 55402, for defendant.

Based upon the parties' stipulation for dismissal with prejudice [Docket No. 37], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that all claims shall be dismissed in their entirety with prejudice, on the merits, and without costs, attorneys' fees, or disbursements to either party.

DATED: June 12, 2009
at Minneapolis, Minnesota.

                    s/John R. Tunheim
                    JOHN R. TUNHEIM
                    United States District Judge